Robert Callender II
P.O. Box 7925
Surprise, AZ 85379



### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Robert Callender II,

        Plaintiff,

  vs.

DELTA AIR LINES, INC.,

        Defendant

Case No.: 2:14-cv-02199-KJD-PAL

### MOTION FOR EXTENSION OF TIME TO PERFORM SERVICE

Under Rule 6(b)(A) of the Federal Rules of Civil Procedure, plaintiff respectfully requests a 30 day extension of time to perform service on defendant.

1. Plaintiff mailed a copy of the complaint, summons, request for waiver, two copies of the waiver, along with a self addressed, stamped envelope to the defendant on Nov 9, 2015. The packet was delivered on Nov 12, 2015, per USPS tracking number 9505 5112 1406 5313 4060 43.

2. The deadline to perform service will expire on Nov 17, 2015.

3. Plaintiff requests a 30 day extension to allow for the return of the waiver of service.

Dated this 16th day of November, 2015

1

Robert Callender II
2                                     P.O. Box 7925
                                      Surprise, AZ 85379
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Robert Callender II
P.O. Box 7925
Surprise, AZ 85379

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Robert Callender II,                          Case No.: 2:14-cv-02199-KJD-PAL

        Plaintiff,

  vs.

DELTA AIR LINES, INC.,

        Defendant

**ORDER**

    Upon consideration of Plaintiff's Motion for Extension of Time to Perform Service, it is hereby:

    ORDERED that Plaintiff's Motion for Extension of Time to Perform Service is GRANTED; and it is further

    ORDERED that Plaintiff has until December 17, 2015 to perform Service.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
Dated: November 20, 2015

ORDER - 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert Callender II,                                    Case No.:2:14-cv-02199-KJD-PAL
      Plaintiff

Vs.

Delta Air Lines, Inc.
      Defendant

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 17th day of November, 2015, I caused a copy of the MOTION FOR EXTENSION OF TIME TO PERFORM SERVICE to be served on the defendant by depositing a copy of the foregoing in the United States Mail to the following person:

Meg Taylor
Associate General Counsel
Delta Air Lines, Inc.
1030 Delta Blvd
Dept 981
Atlanta, GA 30354

 

 

 

                                                      Robert Callender II