UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CALLENDER II,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>DELTA AIR LINES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-02199-KJD-PAL<br><br>**ORDER**<br><br>(Certificates of Service – Dkt. ## 18, 27, 29) |

This matter is before the Court on Plaintiff Robert Callender II's Certificates of Service (Dkt. ##18, 27, 29). The Certificates of Service are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.

The Court entered a Scheduling Order (Dkt. #20) in this matter on February 25, 2016. Once the Court enters a scheduling order, the parties are permitted to engage in discovery. *See* Fed. R. Civ. Pro. 16; and LR 16-1(b). However, the Local Rules of Practice for this district instruct that written discovery and related documents "shall not be filed with the Court" unless the Court specifically instructs the parties to do so. LR 26-8. The Certificates of Service are related to three items of Mr. Callender's written discovery: Initial Disclosures (Dkt. #18), First Request for Production of Documents and First Set of Interrogatories (Dkt. #27), and Responses to Defendant's First Request for Production of Documents and First Set of Interrogatories (Dkt. #29). The disclosure, request for production of documents and responses to discovery requests should be served on opposing counsel, and contain a certificate of service indicating opposing counsel was served. However a separate certificate of service should not be filed on the court's docket for discovery papers. Any discovery documents filed on the Court's docket in violation of Local Rule 26-8 must be stricken.

/ / /

1

The parties should carefully review the discovery rules contained in Rules 26–36 of the Federal Rules of Civil Procedure and the Local Rules of Practice to ensure they follow the appropriate procedures.

Accordingly,

**IT IS ORDERED** that Robert Callender II's Certificates of Service (Dkt. ##18, 27, 29) be STRICKEN from the docket.

Dated this 30th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE