# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT CALLENDER II,

    Plaintiff,

v.

DELTA AIR LINES, INC.,

    Defendant.

Case No. 2:14-CV-02199-KJD-PAL

**AMENDED ORDER**

Before the Court for consideration is Defendant's Motion for Clarification Regarding the Court's Minute Order of May 3, 2017 (#78).

The Court amends it's Minute Order of May 3, 2017 (#77) as follows:

1. Defendant's operative Summary Judgment Motion is ECF No. 55;
2. Plaintiff's operative Response to Defendant's Summary Judgment Motion is ECF No. 61;
3. Defendant shall file its Reply to ECF No. 61 fourteen (14) days from the date of this Order;
4. Defendant's Motion to Strike ECF No. 61 (#64), is therefore **denied** as this Court construes this document as Plaintiff's operative Response to Defendant's Motion for Summary Judgment;
5. Defendant's Motion to Strike ECF No. 63, Plaintiff's 1st Amended Response to Defendant's Motion for Summary Judgment (#69) is **granted**;
6. Plaintiff's operative Summary Judgment Motion is ECF No. 62;
7. The Court grants Defendant twenty-one (21) days from the date of this Order to file its Response to ECF No. 62;

8. Plaintiff's Reply to Defendant's Response is due within fourteen (14) days of the filing of Defendant's Response; and

9. Defendant's Motion to Strike ECF No. 62 (#68), is **denied**.

The Court liberally construes pro se litigant filings, however, the Court reiterates its admonition that no further amended filings are permitted by either party in this case.

Accordingly, **IT IS THEREFORE ORDERED** that:

1. Defendant's Motion to Strike Plaintiff's Amended Response to Defendant's Motion for Summary Judgment (#64) is **denied**;

2. Defendant's Motion to Strike ECF No. 62 (#68), is **denied**;

3. Defendant's Motion to Strike Plaintiff's 1st Amended Response to #55 Motion for Summary Judgment (#69) is **granted**;

**IT IS FURTHER ORDERED** that Defendant shall file its Reply to ECF No. 61 within (14) days of the date of this Order;

**IT IS FURTHER ORDERED** that Defendant shall file its Response to ECF No. 62 within twenty-one (21) days of the date of this Order;

**IT IS FURTHER ORDERED** that Plaintiff shall file its Reply to Defendant's Response to ECF No. 62 within fourteen (14) days of the date of the filing of Defendant's Response.

DATED this 25th day of May 2017.

_____

Kent J. Dawson

United States District Judge